450 A.2d 1039

Commonwealth v. Mills, a/k/a Sanders, Appellant.

Argued April 23, 1982. Fred J. Silverman, for appellant; Ronald Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed. Jurisdiction of the Superior Court of Pennsylvania is relinquished. The lower court is directed to enforce its sentence.